B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF NEW JERSEY

In re TARIK KARA

Case No. 20-11814

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for Sadino Funding LLC | PENTAGON FEDERAL CREDIT UNION |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Phone: (425) 242-7100 | Court Claim # (if known): 11<br>Amount of Claim: 3,745.49<br>Date Claim Filed: 04/13/2020<br><br>Phone: |
| Last Four Digits of Acct #: 9225 | Last Four Digits of Acct #: 9225 |
| Name and Address where transferee payments should be sent (if different from above): | |

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle.Viscoine
Transferee/Transferee's Agent

Date: 06/23/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.